The Mo. Pacific Railway Co., Respondent, v. Files Sackett, Appellant.

Same, Respondent, v. J. P. Edwards, Appellant.

Same, Respondent, v. A. L. McBride & Co, Appellant.

Same, Respondent, v. J. H. Frizzell, Appellant.

Same, Respondent, v. F. B. Fay, Appellant.

Same, Respondent, v. J. A. Devinney, Appellant.

Same, Respondent, v. Robinson & Son, Appellants.

Same, Respondent, v. D. B. Smith, Appellant.

Same, Respondent, v. O. F. Renist, Appellant.

Same, Respondent, v. Miers & Beaty, Appellants.

Same, Respondant, v. Jas. H. Hitshew, Appellant.

Same, Respondent, v. J. A. Lefker, Appellant.

Same, Respondent, v. T. C. Boulware, Appellant.

SAME, Respondent, v. CHARLES DESNEY, Appellant.
SAME, Respondent, v. ALLEN DAY, Appellant.
SAME, Respondent, v. F. M. WYATT, Appellant.
SAME, Respondent, v. I. N. DAVIDSON, Appellant.
SAME, Respondent, v. W. E. WALTON, Appellant.
SAME, Respondent, v. FRED. EVANS, Appellant.
SAME, Respondent, v. W. W. ELDRIDGE, Appellant.
SAME, Respondent. v. SHAW & HANNAH, Appellants.
SAME, Respondent, v. DAVID McGANGLEY, Appellant.
SAME, Respondent, v. A. HENRY, Appellant.
SAME, Respondent, v. R. WELLS & Co., Appellants.
SAME, Respondent, v. L. M. WRIGHT, Appellant.
SAME, Respondent, v. T. W. CHILDS, Appellant,
SAME, Respondent, v. CHAS. ENDRES, Appellant.

### May 4, 1885,

Affirmed on the authority of *same plaintiff* v. *R. A. & J. Atkison.*

APPEAL from Cass Circuit Court, HON. NOAH M. GIVAN, Judge.

*Affirmed.*

A. HENRY, T. J. GALLOWAY, P. C. FULKERSON, E. J. SMITH, and W. P. JOHNSON, for the appellant.

Same brief as in the case of *same plaintiff* v. *R. A. & J. Atkison,* just decided, page 484.

RAILEY & BARNES, for respondent.

Same brief as in the case of *same plaintiff* v. *R. A. & J. Atkison,* just decided, page ——.

Opinion by PHILIPS, P. J.

The foregoing cases present the same questions of fact and law as the case of the *same plaintiff* v. *R. A. & J. Atkison* just decided by this court. And for the reasons therein given, the judgment of the circuit court is affirmed. All concur.